# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SWJKM, LLC,** | 8:19CV334 |
| Plaintiff, | |
| vs. | ORDER |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | |
| Defendant. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **May 20, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

.